STATE *ex rel.* JESSE J. CLINTON v. A. E. FULLER, as City Manager of the City of Miami, DANIEL G. REYNOLDS, as Director of Public Safety of the City of Miami, and H. LESLIE QUIGG, as Chief of Police of the City of Miami.

193 So. 552

En Banc

Opinion Filed January 12, 1940

Rehearing Denied February 15, 1940

*Robert C. Lane, B. K. Roberts* and *Jackson K. Judy,* for Plaintiff in Error;

*Lewis Twyman, J. W. Watson, Jr.,* and *W. H. Burwell,* for Defendants in Error.

PER CURIAM.—The record in this case has been examined and no reversible error appears; hence, the judgment of the lower court is—

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.